ANDREW K. JACOBSON (CSBN 148583)
LAURA KOCH (CSBN 266072)
BAY OAK LAW
180 Grand Ave Ste 700
Oakland, California  94612
Telephone:  (510) 208-5500
Facsimile:   (510) 208-5511

Richard G. Logan, Jr.  (CSBN 88773)
KNOX RICKSEN, LLP
1300 Clay Street, Suite 500
Oakland, California  94612
Telephone:   (510) 285-2500
Facsimile:   (510) 285-2505

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. CEDERBORG, SUCCESSOR TRUSTEE of the Testamentary Trusts under the Will of Saleem H. Totah,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>RAYMOND S. TOTAH, individually and as Trustee of the Faredah Totah 1996 Irrevocable Trust; INTERNAL REVENUE SERVICE, a government entity; STATE OF CALIFORNIA FRANCHISE TAX BOARD, a government entity; VINCENT PATRICK FARINA; ALL OTHER PERSONS UNKNOWN, CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S OWNERSHIP OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No. C-10-5842 MMC<br><br>[PROPOSED] ORDER CONFIRMING DISCLAIMER OF THE INTERNAL REVENUE SERVICE, DISMISSING CLAIMS AGAINST THE IRS, AND REMANDING REMAINING CLAIMS<br><br><br>The Hon. Maxine M. Chesney<br>Courtroom 7, 19th Floor<br>Federal Building, San Francisco |

-1-　　　　　　　　　　Case No. C-10-5842 MMC

[PROPOSED] ORDER CONFIRMING DISCLAIMER, DISMISSING CLAIMS, AND REMANDING

1  Before the Court is plaintiff Mark L. Cederborg's ~~Complaint to Quiet Title, filed
2  in state court on December 10, 2010, and removed to district court on December 22,
3  2010. Also before the Court is the United States of America's Notice of Disclaimer, filed
4  February 4, 2011.~~  "Response to Order to Show Cause," filed March 21, 2011, in response to the Court's order of March 3, 2011.  No defendant has responded to said order or replied to plaintiff's response.  The Court now rules as follows.

Plaintiff acts in his capacity as Successor Trustee of the Testamentary Trusts under the Will of Saleem H. Totah, deceased. Plaintiff filed his complaint in state court, seeking to quiet title to three parcels of real property owned by plaintiff in San Francisco, California. According to the complaint, each defendant claims "some right, title, estate, lien, or interest" in each of the subject properties. (See Compl. ¶¶ 11, 15.)

On December 22, 2010, the United States of America, sued herein as the Internal Revenue Service, removed the above-titled action, relying on the Court's original jurisdiction over a claim against a federal officer, see 28 U.S.C. § 1442(a), and the right of the United States to remove an action brought to quiet title to real property in which United States has lien, see 28 U.S.C. § 1444.

Thereafter, on February 4, 2011, the United States filed a Notice of Disclaimer, in which it states it "disclaims any interest in the proceedings of [the instant case]" and "claims no interest in the property or in the compensation that may be awarded." (See Notice of Disclaimer 1:19-21.) The Disclaimer extinguishes any interest the IRS claimed in the subject properties, and specifically the tax lien identified below.

As set forth in the Court's March 3, 2011 order, the Notice of Disclaimer resolves the only claims over which the Court has original jurisdiction.  Further, as acknowledged by plaintiff in his response to said order, plaintiff's federal claims are, at this time, subject to dismissal.

~~Pursuant to 28 U.S.C. § 2409a(e), the Court no longer has jurisdiction over the claims against the IRS, and hereby dismisses such claims.~~  Because those claims provide the sole basis for federal jurisdiction, the Court may decline, pursuant to 28

-2-    Case No. C-10-5842 MMC

[PROPOSED] ORDER CONFIRMING DISCLAIMER, DISMISSING CLAIMS,
AND REMANDING

U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction over the remaining claims. The Court has considered the relevant factors, including that the case is in a very early stage, and plaintiff's preference of proceeding on the remaining claims in state court. The Court finds that it is proper to decline to exercise jurisdiction over the remaining claims in this case.

Accordingly, the Court orders the following:

- On February 4, 2011, the Internal Revenue Service filed a Notice of Disclaimer, thereby disclaiming interest in the properties commonly known as 462 - 27th Street, San Francisco, California (APN: 6580-019), 561 Valley Street, San Francisco, California (APN: 7536-022), and 248-250 Taraval Street, San Francisco, California (APN: 2341-018), as more particularly described in the legal descriptions attached hereto and marked, respectively, Exhibit A (462 - 27th Street), Exhibit B (561 Valley Street), and Exhibit C (248-250 Taraval Street) ("subject properties");

- The Internal Revenue Service's disclaimer of interest in the subject properties is hereby CONFIRMED. Accordingly, the IRS claims no right, title, estate, interest, or lien in said properties, and the IRS tax lien bearing the following recording information in the Official Records of San Francisco County:

    Federal Serial No.: 546239009
    Taxpayer: Faredah Totah
    Amount: $210,366.76
    Recorded: June 11, 2009, Instrument No. 2009-I778365-00, Book J-910, Page 0671 of Official Records,

is hereby EXTINGUISHED;

- Plaintiff's claims against the United States, sued herein as the Internal Revenue Service, ~~disclaimer~~ are hereby DISMISSED.

//

//

//

-3-   Case No. C-10-5842 MMC

[PROPOSED] ORDER CONFIRMING DISCLAIMER, DISMISSING CLAIMS, AND REMANDING

1    The Court REMANDS the remaining claims to San Francisco Superior Court.

3    **IT IS SO ORDERED.**

6    Dated: March __25__, 2011                   
                                                 MAXINE M. CHESNEY
                                                 United States District Judge



-4-                  Case No. C-10-5842 MMC

[PROPOSED] ORDER CONFIRMING DISCLAIMER, DISMISSING CLAIMS,
AND REMANDING