IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK L. CEDERBORG,

        Plaintiff,

  v.

RAYMOND S. TOTAH, et al.,

        Defendants.

                                  /

No. CV-10-5842 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The Internal Revenue Service's disclaimer of interest is confirmed, and plaintiff's claims against the United States are dismissed. The remaining claims are remanded to the San Francisco Superior Court.

Dated: March 25, 2011                                  Richard W. Wieking, Clerk

                                                                                           By: Tracy Lucero
                                                                                           Deputy Clerk